IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02622-BNB

FRANKIE LYNNETT MCCONNELL,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, and
DENVER HEALTH HOSPITAL,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Frankie Lynnett McConnell, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Denver Women's Correctional Facility. She filed *pro se* an amended Prisoner Complaint pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343. She was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee.

On February 1, 2011, Magistrate Judge Boyd N. Boland ordered Ms. McConnell to file within thirty days a second amended complaint that sued proper parties, complied with Rule 8 of the Federal Rules of Civil Procedure and Rule 10.1 of the Local Rules of Practice for this Court, and asserted personal participation by each named Defendant. Magistrate Judge Boland warned Ms. McConnell that if she failed to file a second amended complaint that complied with the February 1 order within the time allowed the amended complaint and the action would be dismissed without further notice.

On February 8, 2011, Ms. McConnell submitted a document titled "Request for

Relief." However, she failed, within the time allowed, to comply with the directives of the February 1, 2011, order for a second amended complaint.

Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Frankie Lynnett McConnell, within the time allowed, to file a second amended complaint that complies with the directives of the February 1, 2011, order, and for her failure to prosecute.

DATED at Denver, Colorado, this 17th day of March, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02622-BNB

Frankie Lynnett McConnell
Prisoner No. 63672
La Vista Correctional Facility
PO Box 3
Pueblo, CO 81002

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on March 17, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk